IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KRISTOFFER CORNELIUS,**   Case No: 2:09-cv-10254
                            Hon: Paul D. Borman

       Plaintiff,

vs.

**SHERIFF BOB BEZOTTE,**
**COUNTY OF LIVINGSTON, a municipal entity and**
**DEPUTY SHERIFF DAVID KLEIN,**
In his individual capacity,
       Defendants,
_____/

| | |
|---|---|
| **KENNETH D. FINEGOOD P36170**<br>KENNETH D. FINEGOOD, P.L.C.<br>Attorney for Plaintiff<br>29566 Northwestern Hwy, Suite 120<br>Southfield, MI 48034<br>248-351-0608 | **ANN McCLOREY McLAUGHLIN (P40455)**<br>**CUMMINGS, McCLOREY, DAVIS, & ACHO, P.L.C.**<br>Attorneys for County of Livingston and Sheriff Bezotte, only<br>33900 Schoolcraft<br>Livonia, MI 48150<br>734-261-2400 |
| **THOMAS A. MATTHEWS (P28414)**<br>Attorney for Def. Klein, only<br>2000 Grand River Annex<br>Suite 200<br>Brighton, MI 48114<br>810 227 7878 | |

_____/

**REPLY TO AFFIRMATIVE DEFENSES OF DEFENDANT KLEIN**

    **NOW COMES** plaintiff, KRISTOFFER CORNELIUS, by and through his attorney, Law Office of Kenneth D. Finegood, P.L.C., by Kenneth D. Finegood and in reply to Affirmative Defenses filed by the defendant, Deputy Sheriff David Klein, hereby denies any and all affirmative defenses set forth therein for the reason that same are untrue.

   S/ <u>Kenneth D. Finegood</u>
      Kenneth D. Finegood, P.L.C.
      Attorney for Plaintiff
      29566 Northwestern Hwy Ste 120
      Southfield, MI 48034
      248-351-0608
      KDFesq44@AOL.com
      (P36170)

Dated: March 20, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2009, I electronically filed this certificate of service regarding service of PLAINTIFF'S REPLY TO AFFIRMATIVE DEFENSES OF DEFENDANT DEPUTY SHERIFF DAVID KLEIN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**ANN McCLOREY McLAUGHLIN**
**CUMMINGS, McCLOREY, DAVIS, & ACHO, P.L.C.**
Attorneys for County of Livingston and Sheriff
Bezotte, only
33900 Schoolcraft
Livonia, MI 48150
734-261-2400
amclaughlin@cmda-law.com
(P40455)

Thomas A. Matthews
Attorney for Def. Klein
2000 Grand River Annex
Suite 200
Brighton, MI 48114
810 227 7878
tmatthew@aol.com
(P28414)

   S/ <u>Kenneth D. Finegood</u>
      Kenneth D. Finegood, P.L.C.
      29566 Northwestern Hwy Ste 120
      Southfield, MI 48034
      248-351-0608
      KDFesq44@AOL.com
      (P36170)