UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTOFFER CORNELIUS,

    Plaintiff,

vs.                                                                   Case No: 2:09-cv-10254
                                                                    HON. PAUL D. BORMAN

SHERIFF BOB BEZOTTE,
COUNTY OF LIVINGSTON, a municipal
entity and DEPUTY SHERIFF DAVID
KLEIN, in his individual capacity,

    Defendants.
_____/

**KENNETH D. FINEGOOD, P.L.C.**
By:    **KENNETH D. FINEGOOD** (P36170)
Attorney for Plaintiff
29566 Northwestern Highway, Suite 120
Southfield, MI 48034
(248) 351-0608

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**
By:    **ANNE McCLOREY McLAUGHLIN** (P40455)
Attorneys for County of Livingston and
Sheriff Bob Bezotte, only
33900 Schoolcraft
Livonia, MI 48150
(734) 261-2400

**THOMAS A. MATTHEWS** (P28414)
Attorney for Defendant Deputy Sheriff Klein, only
2000 Grand River Annex, Suite 200
Brighton, MI 48114
(810) 227-7878
_____/

## **DEFENDANTS' JOINT OFFER OF JUDGMENT**

      Defendants, SHERIFF BOB BEZOTTE and COUNTY OF LIVINGSTON, through their

Attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C., and Defendant, DEPUTY

SHERIFF DAVID KLEIN, through his Attorney, THOMAS A. MATTHEWS, jointly offer to stipulate to the entry of judgment in favor of the Plaintiff in the amount of Fifteen Thousand and 00/100 ($15,000.00) Dollars, inclusive of all damages of any kind, costs, interest and attorney's fees.

| | |
|---|---|
| s/ ANNE MCCLOREY MCLAUGHLIN<br>CUMMINGS, MCCLOREY, DAVIS & ACHO, P.L.C.<br>33900 Schoolcraft Rd.<br>Livonia, MI 48150-1392<br>Phone: (734) 261-2400<br>amclaughlin@cmda-law.com<br>P40455 | /s THOMAS A. MATTHEWS (with consent)<br>2000 Grand River Annex, Suite 200<br>Brighton, MI 48114<br>Phone: (810) 227-7878<br>tmattlaw@aol.com<br>P28414 |

## CERTIFICATE OF SERVICE

I hereby certify that on **April 6, 2009**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Kenneth D. Finegood, Esq. and Thomas A. Matthews, Esq.

s/ ANNE MCCLOREY MCLAUGHLIN
CUMMINGS, MCCLOREY, DAVIS & ACHO, P.L.C.
33900 Schoolcraft Rd.
Livonia, MI 48150-1392
Phone: (734) 261-2400
amclaughlin@cmda-law.com
P40455

H:\cornelius\offer of judgment.wpd